IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 99.90.89.28

**ISP:** AT&T Internet Services
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 11/07/2017 14:39:49 | 1E2EB1C573DEECB6E959B46C60277E6FF42B90BD | Rock Me All Night Long |
| 11/07/2017 13:48:29 | BD6D859D6F7C172EABA59283DD8B8C954252102B | Russian Girls Are Perfection |
| 11/07/2017 13:45:07 | 8EF3922426D4733FB2D6F9DFD544C151A1B85222 | Hot Euro Brunettes |
| 11/07/2017 13:44:01 | E0A514A9E38A1E3AC483C42687BA27F550C03FE8 | Virtual Girlfriend |
| 09/14/2017 23:38:53 | 29E48CB0C760C5B0BD131F13C1920C42AFE71735 | Pure Gold |
| 09/14/2017 23:37:32 | 5A7878EC965C0D81EE121BA31280A6D997A6E54A | Hippie Chicks |
| 08/03/2017 23:13:18 | 1AA150644CD1BC5964EE9E05A139EA6ECA3DC850 | Sex For Three By The Sea |
| 08/03/2017 23:12:55 | CBC73FC89097BF10BF2CE303FCD421B117545104 | Emerald Love |
| 07/14/2017 20:55:49 | 0C18D554AD664174D70334705E16057B584D170B | Summer Lovers |
| 03/12/2017 15:11:35 | 6EE77613071BFB968A7463F4F3628ED080A33465 | My Favorite Taboo |
| 03/10/2017 19:44:14 | CB3EAE417778FFD481453F3618F8ED6D4AB751AE | Triple Blonde Fantasy |
| 03/10/2017 19:40:21 | CB7FAA1587676879B1D1984E215A729610CDE6D4 | Tight Pink and Gold |
| 03/10/2017 19:40:02 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |
| 03/09/2017 19:37:14 | 326CC6FA780A576FD77D9D2786FABB8816B90390 | Deep Inside Gina |
| 03/06/2017 13:33:52 | BE823F7B2E116D03D423DFC8D7049B13029E6B6C | Best Friends Or Lesbians |
| 01/04/2017 00:04:49 | 724F9A18BE9C4E5C9783E6DAE4E210E5E732C885 | Introducing Milla |

**Total Statutory Claims Against Defendant: 16**

EXHIBIT A

STX110